# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Cedar Lane Technologies Inc.,** | Case No. 6:20-cv-00947-ADA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **DISH Network L.L.C.,** | |
| Defendant. | |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action without prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: February 24, 2021

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
5680 King Centre Dr, Suite 645
Alexandria, VA 22315
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Cedar Lane Technologies Inc.**

      /s/ Kurt Pankratz

BAKER BOTTS L.L.P.
Kurt Pankratz
Email: kurt.pankratz@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel.: (214) 953-6584
Fax: (214) 661-4584

Ali Dhanani
Email: ali.dhanani@bakerbotts.com
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Tel.: (713) 229-1234
Fax: (713) 229-1522

**Counsel for Defendant
DISH Network L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 24, 2021 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff