**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **Cedar Lane Technologies Inc.,** | Case No. 6:20-cv-00947-ADA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **DISH Network L.L.C.,** | |
| Defendant. | |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The request to dismiss this matter without prejudice is hereby GRANTED.

Date: March 11, 2021 ____________________